**No. 51665.**—Protest 110239-K of Weymouth & Young (Seattle).

Opinion by OLIVER, P. J. In the absence of proof of identity of these bottles or any compliance with the regulations authorized to be prescribed by the Secretary of the Treasury as a condition precedent to free entry of American manufactures returned, the claim under paragraph 1615 was overruled. The claim for free entry under section 301 was also overruled, in the absence of proof that the bottles were manufactured in the Philippine Islands from materials the growth or product of such islands or of the United States. Since the liquors contained in the bottles are among the classes of distilled spirits provided for in title I, schedule 8, of the tariff act, it was held that the bottles are dutiable at one-third of the rates applicable thereto under paragraph 217, by virtue of paragraph 810. *Associated Commercial Co., Ltd.* v. *United States* (24 C. C. P. A. 402, T. D. 48855) followed.

BEFORE THE SECOND DIVISION, APRIL 18, 1947

**No. 51666.**—Protests 533647-G, etc., of Merrill Clark & Meinig, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.